JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RALPH REYES, | ) No. 2:19-cv-09370-DSF-JDE |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) **PURSUANT TO SENTENCE** |
| ANDREW SAUL, | ) **FOUR OF 42 U.S.C. § 405(g)** |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the parties' Stipulation to Remand (Dkt. 15).

Date: June 4, 2020

Dale S. Fischer
United States District Judge