UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH REYES,<br><br>              Plaintiff,<br><br>        v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>              Defendant. | No. 2:19-cv-09370-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,600.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 16, 2020

_____
JOHN D. EARLY
United States Magistrate Judge